## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JESSE POLANSKY M.D., M.P.H., et al. | CIVIL ACTION |
|---|---|
| v. | NO. 12-4239 |
| EXECUTIVE HEALTH RESOURCES, INC., et al. | |

## ORDER

**AND NOW** this 19th day of March, 2018, for the reasons stated in the foregoing Memorandum, it is **ORDERED** that Defendant Executive Health Resources' Motion to Dismiss Relator Jesse Polansky's Supplemental Complaint (ECF 191) is **DENIED.**

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 12\12-4239 Polansky v Exec Health Resources\12cv4239 order for MTD memorandum.docx