IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JESSE POLANSKY M.D., M.P.H., et al. | CIVIL ACTION |
|---|---|
| v. | NO. 12-4239 |
| EXECUTIVE HEALTH RESOURCES, INC., et al. | |

## ORDER

**AND NOW** this 26th day of April, 2018, for the reasons stated in the foregoing Memorandum, the Court **ORDERS**:

1. Defendant's Motion for Reconsideration (ECF 233) is **DENIED**.

2. Plaintiff's Motion to Require Randomization of Selected Cases (ECF 182) is **DENIED**.

3. Counsel shall confer as necessary to determine if they can agree upon a procedure to follow the decision of the Court to have one-half of the cases selected by each party and one-half selected randomly, within 14 days. If counsel cannot agree on a stipulation to proceed in this fashion, they shall file individual proposals within 21 days. The proposals shall include a schedule for completion of this process and other discovery, and the filing of dispositive motions.

        **BY THE COURT:**

        **/s/ Michael M. Baylson**

        **MICHAEL M. BAYLSON**
        **United States District Court Judge**