# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JESSE POLANSKY M.D., M.P.H., et al. | CIVIL ACTION |
|---|---|
| v. | NO. 12-CV-4239 |
| EXECUTIVE HEALTH RESOURCES, INC., et al. | |

## ORDER

**AND NOW,** this 5th day of November, 2019, upon consideration of the Government's Motion to Dismiss (ECF 526), the response (ECF 533; ECF 540) and reply thereto (ECF 543), the supplemental briefing submitted by the parties (ECF 554; ECF 555; ECF 556), and oral argument, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Third Amended Complaint is **DISMISSED**, with prejudice.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-4239 Polansky v Exec Health Resources\12cv4239 Order re Govt MTD.docx