OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 13, 2019

Seth D. Ard
Nicholas C. Carullo
Jonathan J. Ross
Stephen L. Shackelford Jr.
Susman Godfrey
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Gregory R. Booker
Michael R. Ellis
Andrew T. Gorham
Fish & Richardson
1717 Main Street
Suite 5000
Dallas, TX 75201

John M. Gaddis
John W.H. Harding
Thomas M. Melsheimer
Chad B. Walker
Lane M. Webster
Winston & Strawn
2121 North Pearl Street
Suite 900
Dallas, TX 75201

Geoffrey S. Harper
Lynn Tillotson Pinker & Cox
2100 Ross Avenue
Suite 2700
Dallas, TX 75201

William T. Jacks
Fish & Richardson
111 Congress Avenue

Suite 810
Austin, TX 78701

John A. Kolar
Goverment Accountability Project Inc
1612 K Street NW
Suite 1100
Washington, DC 20006

John E. Riley
Conrad O'Brien
200 North High Street
Suite 300
West Chester, PA 19380

RE: Jesse Polansky, et al v. Executive Health Resources Inc, et al
Case Number: 19-3810
District Court Case Number: 2-12-cv-04239

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Jesse Polansky**, docketed at No.**19-3810**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be considered timely if filed no later than 28 days after the entry of judgment. <u>Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.**

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936

cc: Kelly A. Carroll
Christopher M. Denig
Ronald G. Dove Jr.
Matthew F. Dunn
Thomas M. Gallagher
Eric D. Gill
Abigail A. Hazlett
Patric Hooper

Noam A. Kutler
Michael M. Maya
Krysten R. Moller
Viveca D. Parker
Ethan M. Posner
Tracy Rhodes
Michael A. Schwartz
James F. Segroves
Robin P. Sumner