IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JESSE POLANSKY M.D., M.P.H., et al. | CIVIL ACTION |
|---|---|
| v. | NO. 12-cv-4239 |
| EXECUTIVE HEALTH RESOURCES, INC., et al. | |

**O R D E R**

**AND NOW**, this 12th day of September, 2023, following the all Appellate Courts' affirmation the District Court's dismissing the Complaint in this matter in November 2019, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-cv-4239 order closing case.docx